IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY A. WOODS<br><br>    Plaintiff,<br><br>        v.<br><br>E.I. DuPONT DE NEMOURS AND COMPANY, individually, and as successor-in-interest to the First Chemical Corporation;<br>and FIRST CHEMICAL CORPORATION,<br><br>    Defendants. | Civil Action No.: 1:15-CV-00216<br><br>**FIRST CHEMICAL CORPORATION CORPORATE DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE STATEMENT

      Pursuant to the Corporate Disclosure Statement Provisions in Federal Rule of Civil Procedure 7.1, any non-governmental corporate party must file two copies of a statement identifying all its parent companies and any publicly held corporation that owns 10% or more of its stock, or state that it has no parent companies. A party must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement if any required information changes.

      In compliance with this provision, this Corporate Disclosure Statement is filed on behalf of First Chemical Corporation.

      1.     Is First Chemical Corporation a parent, subsidiary or other affiliate of a publicly owned corporation?

           a.     ANSWER: Yes. First Chemical Corporation is a wholly owned subsidiary of E.I. duPont de Nemours & Co.

      2.      Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

           a.  ANSWER: No.

Dated:      April 7, 2015
                Buffalo, New York

                                      KLOSS, STENGER & LOTEMPIO

                                      By:  s/David W. Kloss
                                      David W. Kloss, Esq.
                                      *Attorney for Defendant*
                                      *First Chemical Corporation*
                                      69 Delaware Avenue, Suite 1003
                                      Buffalo, New York 14202
                                      Telephone:  (716) 853-1111
                                      Email: dwkloss@klosslaw.com