UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LARRY WOODS

                Plaintiff,

  -against-

E.I. DuPONT DE NEMOURS & COMPANY,
individually, and as successor-in-interest to the
FIRST CHEMICAL CORPORATION;
and FIRST CHEMICAL CORPORATION,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 15-cv-216 EAW

**CORPORATE DISCOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant E.I. du Pont de Nemours & Company ("DuPont") states that, to the best of his present knowledge and belief, there is no parent corporation and there is no publicly-held corporation that owns 10% or more of DuPont's stock.

Dated:  April 8, 2015

PHILLIPS LYTLE LLP

By /s/ Kevin M. Hogan
      Kevin M. Hogan
125 Main Street
One Canalside
Buffalo, New York 14203
Tel:  (716) 847-8400
Fax:  (716) 852-6100
khogan@phillipslytle.com

*Attorneys for Defendant*
*E.I. du Pont de Nemours & Company*

- 2 -

To:

Steven H. Wodka, Esq.
577 Little Silver Point Road
P.O. Box 66
Little Silver, NJ 07739-2815
stevewodka@verizon.net
*Attorney for Plaintiff*

David W. Kloss, Esq.
Kloss, Stenger, Kroll & LoTempio
69 Delaware Avenue, Suite 1003
Buffalo, New York 14202
dwkloss@klosslaw.com
*Attorney for Defendant First Chemical Corporation*

Doc #01-2852335.1